UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20194-CR-MARTINEZ

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAN ALEXANDER POSADA SANDREA,

Defendant,

and

ERICA SANDREA and MAYARA MARIN,

Sureties.
_____/

## AMENDED FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BOND

THIS MATTER is before the Court on the surety's Unopposed Motion to Amend Final Judgment of Appearance Bond, it is :

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**;

**ORDERED AND ADJUDGED** that the United States of America has judgment against defendant Willian Alexander Posada Sandrea and individual sureties Erica Sandrea and Mayara Marin, jointly and severally, in the sum of $250,000; and,

**ORDERED AND ADJUDGED** that the Clerk of Court shall accept payment in the amount of $250,000.00 from the surety and/or her attorney to be deposited into the Registry Fund Account of the Clerk of the Court for payment of the forfeited personal surety appearance bond in this matter and that said funds shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043.

**IT IS FURTHER ORDERED AND ADJUDGED** that after full payment of the aforementioned sum of $250,000.00 the real properties of the individual surety, Erica Sandrea, will no longer be encumbered under the terms of the personal surety appearance bond.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___16___ day of December, 2022.

HON. JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copy: Counsel of Record

Clerk of the Court, Financial Section
400 N. Miami Ave.
Miami, Florida 33128

Erica Sandrea c/o Joel DeFabio, Esq.
201 Alhambra Cir.
Suite 503
Coral Gables, FL 33134

Mayara Marin
10245 NW 76th Lane
Medley, Florida 33178

AUSA Vivian Rosado (two certified copies)